```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA           :
                                   :   INDICTMENT
            - v. -                 :
                                   :   19 Cr. ___
AKBAR MEIGHAN,                     :
    a/k/a "Meighan Akbar,"         :   19 CRIM 506
    a/k/a "Careem Meig,"           :
    a/k/a "James K Taylor,"        :
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - X
```

COUNT ONE

The Grand Jury charges:

On or about June 27, 2019, in the Southern District of New York and elsewhere, AKBAR MEIGHAN, a/k/a "Meighan Akbar," a/k/a "Careem Meig," a/k/a "James K Taylor," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a 380-caliber Hi-Point semi-automatic handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____          _____
FOREPERSON                       GEOFFREY S. BERMAN
                                 United States Attorney

JUDGE KAPLAN

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

AKBAR MEIGHAN,
a/k/a "Meighan Akbar,"
a/k/a "Careem Meig,"
a/k/a "James K Taylor,"

Defendant.

---

**INDICTMENT**

19 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

7/11/19 — Filed Indictment
ac          — Case assigned to J Kaplan.
                    J Pitman
                    U.S.MJ