USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 8 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                                  :

                        - v. -                            :

AKBAR MEIGHAN,                                            :

                        Defendant.                        :

                                                          :

                                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER

19 Cr. 506 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 18, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:        New York, New York
              11/(8        , 2019



              _____
              THE HONORABLE LEWIS A. KAPLAN
              UNITED STATES DISTRICT JUDGE
              SOUTHERN DISTRICT OF NEW YORK