UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

-v-                                                                  19-cr-506 (LAK)

AKBAR MEIGHAN,

                Defendant.

------------------------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       At the September 7, 2023 supervised release revocation hearing, the Court appointed CJA attorney Richard Rosenberg to assume representation of the defendant in regards to the petition for violation of supervised release, nunc pro tunc to September 1, 2023.

       SO ORDERED.

October __2__, 2023

                                                          /s/ Lewis A. Kaplan
                                                                Lewis A. Kaplan
                                                          United States District Judge